*1539*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 21-9  Erie |
| JOSEPH LEONARD STRATTON-KIEHLMEIER | ) (26 U.S.C. §§ 5861(d) and 5861(e) and 18 U.S.C. § 2) **(Under Seal)** |

**FILED**
**FEB 17 2021**
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about January 22, 2020, in the Western District of Pennsylvania, the defendant, JOSEPH LEONARD STRATTON-KIEHLMEIER, did knowingly and unlawfully possess firearms, as defined in Title 26, United States Code, Sections 5845(a)(6) and (b), specifically a Suomi Tikkakoski KP31, fully automatic, 9mm sub machine gun, with a marked receiver serial number 45345 and a Zastava Yugo M70, fully automatic, 7.62mm AK47 style assault rifle, with the serial number obliterated, which were not registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Section 5861(d).

## COUNT TWO

The grand jury further charges:

On or about January 22, 2020, in the Western District of Pennsylvania, the defendant, JOSEPH LEONARD STRATTON-KIEHLMEIER, did knowingly and unlawfully transfer, and did aid and abet another in the transfer of, firearms, as defined in Title 26, United States Code, Sections 5845(a)(6) and (b), specifically a Suomi Tikkakoski KP31, fully automatic, 9mm sub machine gun, with a marked receiver serial number 45345 and a Zastava Yugo M70, fully automatic, 7.62mm AK47 style assault rifle, with the serial number obliterated, in violation of Title 26, United States Code, Chapter 53, that is the transfer was made without meeting the requirements of Title 26, United States Code, Section 5812.

In violation of Title 26, United States Code, Section 5861(e) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The grand jury re-alleges and incorporates by reference the allegations contained in Counts One and Two of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 26, United States Code, Section 5872.

2. As a result of the knowing commission of the violations of Title 26, United States Code, Sections 5861(d) and 5861(e), charged in Counts One and Two of the Indictment, the firearms alleged in those Counts, that are:

   a. Suomi Tikkakoski KP31, fully automatic, 9mm sub machine gun, with a marked receiver serial number 45345; and

   b. Zastava Yugo M70, fully automatic, 7.62mm AK47 style assault rifle, with the serial number obliterated,

which were involved and used in the knowing commission of these offenses, are subject to forfeiture pursuant to Title 26, United States Code, Section 5872.

A True Bill,

_____
FOREPERSON

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

3